Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>             Plaintiff,<br><br>        vs.<br><br>PETE ZAMBOUKOS, Trustee of THE PETE AND SHARON ZAMBOUKOS LIVING TRUST dated April 18, 2002, et al.,<br><br>             Defendants. | No. 1:14-cv-01250-LJO-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 23, 2014          MOORE LAW FIRM, P.C.


                                */s/ Tanya E. Moore*
                                Tanya E. Moore
                                Attorneys for Plaintiff
                                Ronald Moore

**ORDER**

    Good cause appearing,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

SO ORDERED
Dated: October 23, 2014

                                                 /s/ Lawrence J. O'Neill
                                           **United States District Judge**